# **EXHIBIT INDEX**

| | |
|---|---|
| Declaration of Cyndi Danko in Support of Fannie Mae's Motion for Summary Judgment with exhibits A1 – A13 | Exhibit A |

**(Exhibits A6 – A13 filed under seal)**

| | |
|---|---|
| Declaration of Michael B. Miller in Support of Fannie Mae's Motion for Summary Judgment with exhibits B1 – B11 | Exhibit B |