Paul B. Mengedoth (018507)
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com

Sylvia A. Goldsmith, Esq. (*Pro Hac Vice*)
**GOLDSMITH & ASSOCIATES, LLC**
20545 Center Ridge Road, Suite 120
Rocky River, OH 44116
Tel: (440) 934-3025
Fax: (440) 934-3026
E-mail: goldsmith@goldsmithlawyers.com

*Attorneys for Plaintiffs Richard and Kristin Zabriskie*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard and Kristin Zabriskie, | ) |
| | ) |
| Plaintiffs, | ) Case No. CV-13-02260-PHX-SRB |
| | ) |
| v. | ) |
| | ) |
| Federal National Mortgage Association, | ) |
| *et al.* | ) |
| | ) |
| Defendants. | ) |

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Richard and Kristin Zabriskie, by and through the undersigned, and pursuant to Rule 56, Fed. R. Civ.P., and LRCiv 56.1, submit their separate Statement of Undisputed Material Facts ("SOF") in support of their Partial Motion for Summary Judgment filed contemporaneously herewith.

## STATEMENT OF FACTS

**I.   FANNIE MAE IS A SECONDARY MORTGAGE PARTICIPANT.**

1. Congress created Fannie Mae (and its "little brother" Freddie Mac) to establish a secondary market for residential mortgages "financed by private capital to the maximum extent feasible." 12 U.S.C. § 1716. Thus, first and foremost, Fannie Mae is a secondary mortgage participant.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████ *See also* Fannie Mae Form 10-K (relevant excerpts of which are attached hereto as Exhibit 2) at FMZA 00015887 (Fannie Mae's "most significant activity is securitizing mortgage loans originated by lenders into Fannie Mae mortgage backed securities that we guarantee, which we refer to as Fannie Mae MBS. We also purchase mortgage loans and mortgage-related securities.").

2. ███████████████████████████████████████
███████████████████████████████████████████
████████

3. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███

4. When wearing its "secondary mortgage" participant" hat, which Fannie Mae puts on only after a lender/broker has submitted a potential mortgage loan through

the DU System, Fannie Mae no longer seeks to impact or even play a role in the primary lender's decision to make or not make a particular loan. At such point – and only at such point – that a primary lender presents a loan (or package of loans) to Fannie Mae for possible acquisition does Fannie Mae consider whether to purchase it according to its own pre-existing guidelines it communicated to the lender/broker of a mortgage loan's eligibility for purchase:



5.

6.

*See also*, generally, *Fannie Mae And Freddie Mac Single-Family Guarantee Fees In 2014*, June 30, 2015,

2

*http://www.fhfa.gov/aboutus/reports/reportdocuments/gfeereport6302015.pdf* (a copy of relevant pages of which are attached hereto as Exhibit 3).

7. In 2011 alone, Fannie Mae brought in $7.5 billion in guarantee fees. *See* Fannie Mae Form 10-K at FMZA 00015998-99.

## II. FANNIE MAE ALSO PARTICIPATES IN LOAN ORIGINATION.

8. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

9. While certainly, as Fannie Mae has pressed throughout this litigation, Desktop Underwriter "advises lenders whether a mortgage may be eligible for sale to Fannie Mae[,]" *see, e.g.,* FNMA Motion to Dismiss [Doc 13] at 2; ██████████████ ████████████████ it is a multi-faceted service through which Fannie Mae, among other things, makes its very own proprietary, risk-based recommendation to the lender/broker about whether a particular loan should even be made.

### A. The Desktop Underwriter Workflow.

10. ████████████████████████████████████████████████████ ███

3

███████████████████████████████████████
████████████████████████.

   1. <u>**Entering Desktop Underwriter: The Initial Data Quality Check and Creation Of Individual Case Files.**</u>

11. Fannie Mae testified ███████████████████
█████████████████████████  ██████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████

12. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████

13. ███████████████████████████████████
███████████████████████████████████████
████████████████████████████████

14. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

[redacted]

15. [redacted]

**2. <u>The Credit Request: Fannie Mae's Credit Service.</u>**

16. [redacted]

17. [redacted]

---

[1] [redacted] Tri-merge credit reports are typically packaged and sold through an intermediary consumer reporting agency often referred to as a "reseller." [redacted]

18. ██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████.

19. ██████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████.

20. ███████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████.

21. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████.

22. In 2012, Fannie Mae made over ██████████
████████████████████████████████████████
████████ ████████

23. █████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████.

---

[2] ████████████████████████████████████████
████████████████████████████████████

6

### 3. The Credit Risk Assessment: Fannie Mae Credit Assessment and DU Mortgage Scorecard.

24. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█

25. ███████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████

26. ██████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████

27. ██████████████████████████████
███████████████████████████████████████
████████████████.

28. ██████████████████████████████
███████████████████████████████████████
█████████████████████████████████████.[3]

---

[3] It is important to note that the data credit resellers provide Fannie Mae is merged data from the three main credit bureaus, Equifax, Experian and Trans Union, also known as the National Repositories. ████████████████████████████
████████████████████████████████████ Plaintiffs also point out that the raw

7

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

29. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

30. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 █████████████████████████████████████████████
2 ██████████████████████████
3    31.  ████████████████████████████████████
4 █████████████████████████████████████████████
5 █████████████████████████████████████████████
6 █████████████████████████████████████████████
7 █████████████████████████████████████████████
8 █████████████████████████████████████████████
9 █████████████████████████████████████████████
10 █████████████████████████████████████████████
11 ████████
12    32.  ████████████████████████████████████
13 █████████████████████████████████████████████
14 █████████████████████████████████████████████
15 █████████████████████████████████████████████
16 █████████████████████████████████████████████
17 ██████████████████████████████
18    33.  ████████████████████████████████████
19 █████████████████████████████████████████████
20 █████████████████████████████████████████████
21 █████████████████████████████████████████████
22 █████████████████████████████████████████████
23 ███████████████████████████████████████████
24    34.  ████████████████████████████████████
25 █████████████████████████████████████████████
26 █████████████████████████████████████████████

---

[4] ████████████████████████████████████████████
████████████████████████

1. ████
2. ████
3. ████
4. 35. ████
5. ████
6. ████
7. ████
8. ████
9. ████

**4.** <u>**Output: The Desktop Underwriter Findings Report**</u>

11. 36. ████
12. ████
13. ████
14. ████
15. 37. ████
16. ████
17. ████
18. ████
19. ████ ████
20. ████
21. ████
22. ████
23. ████

_____

27. ████
28. ████

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓▓▓▓
4 ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**B. Fannie Mae Issued Several *Refer With Caution* Recommendations as to the Zabriskies Based on A Nonexistent Foreclosure.**

39. With respect to the Zabriskies, Fannie Mae's records confirm that five (5) separate case files were created between June 2012 and October 2012, reflecting the numerous efforts made by the Zabriskies to obtain refinancing of their mortgage through a number of lenders/brokers. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**1. The Nations Choice Denial.**

40. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ Pursuant to subpoena, Nations Choice produced its print out of the same tri-merge report. *Id.* at Nations 000188-200.

42. The viewable credit report from Credit Plus shows two PNC Bank accounts that are reported with an "R9" rating *via* Experian. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at

1  ███████, Nations 000194. ██████████████████ "Remark" that states in
2  pertinent part: "Account Paid For Less Than Full Balance; Charged Off Account."

43. According to Experian, this "R9" rating "means the account was settled." *See* Deposition of Mary Methvin ("Methvin Dep." relevant excerpts of which are attached hereto as Exhibit 14) at 55, ll. 8-9. *See also Id.* at 185:5-7 ("PNC Bank would provide that the account was settled, and Experian designates a settled account with a nine.").

44. Experian confirmed that " – had there been a foreclosure, it would show in the status, and then it would also show in the creditor's statement [i.e. the remark]. Possibly, it might say foreclosure procedure started, as well as foreclosure." *See* Methvin Dep. 89:16-19.

45. In fact, Experian *never* reported a foreclosure in connection with any current or former mortgage accounts of the Zabriskies. *See*, *e.g.*, Methvin Dep. 90:7-14; 94:1-6; 98:1-6; 100:20-25; 101:1-4, 108:11-14, 118:9-12, 119:17-21, 25, 120:1-4; 121:5-12; 122: 2-12; 154: 5-12, 21-25; 188:23-25, 189:3-4 ("I would be able to identify on a credit report [the existence of a foreclosure], but this report doesn't have that.").

46. Nevertheless, through Fannie Mae's independent evaluation of the credit data ██████████████████████████████████████ Fannie Mae determined – and then expressly represented to Nations Choice by DU Underwriting Findings report dated July 19, 2012 – that each of the PNC accounts had been in foreclosure:

> 3  Desktop Underwriter has identified a deed-in-lieu of foreclosure that was reported within the last two years, or a foreclosure that was reported within the last seven years. This loan is ineligible for delivery to Fannie Mae.

| Borrower | Creditor | FC Type | Account Number | Date Reported |
|---|---|---|---|---|
| RICHARD C ZABRISKIE | PNC BANK | Foreclosure | ████████ | 07/08 |
| RICHARD C ZABRISKIE | PNC BANK | Foreclosure | ████████ | 07/08 |

12

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *Via* subpoena, Nations Choice produced herein an identical copy of this DU Underwriting Findings confirming Fannie Mae's representation. *See Id.* at Nations 000012-17.

47. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**2.    The Amerisave Denial.**

48. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

49. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

50. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

51. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

52. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

> 3  Desktop Underwriter has identified a deed-in-lieu of foreclosure that was reported within the last two years, or a foreclosure that was reported within the last seven years. This loan is ineligible for delivery to Fannie Mae.
>
> | Borrower | Creditor | FC Type | Account Number | Date Reported |
> |---|---|---|---|---|
> | RICHARD C ZABRISKIE | PNC BANK | Foreclosure | 1503150014244709 | 05/08 |
>
> 4  This loan casefile is ineligible for delivery as a DU loan because it received a Refer with Caution/IV recommendation. However, any loan casefile that receives a Refer with Caution/IV recommendation may be manually underwritten in accordance with the Fannie Mae Selling Guide. Refer to the Selling Guide for additional information.

███████████████████████████████ .

53. On October 5, 2012, Amerisave advised the Zabriskies in writing that their refinance application was denied, specifically identifying a foreclosure as the "principal reason" for the denial:

> **Principal Reason(s) for Credit Denial, Termination or Other Action Taken Concerning Credit**
> ☐ Credit Application Incomplete
> ☐ Insufficient Number of Credit References Provided
> ☐ Unacceptable Type of Credit References Provided
> ☐ Unable to Verify Credit References
> ☐ Limited Credit Experience
> ☐ Insufficient Credit Files
> ☐ No Credit File
> ☐ Poor Credit Performance with Us
> ☐ Delinquent Past or Present Credit Obligations with Others
> ☐ Unacceptable Payment Record on Previous Mortgage
> ☐ Collection Action or Judgment
> ☐ Garnishment or Attachment
> ☒ Foreclosure or Repossession
> ☐ Bankruptcy
> ☐ Number of Recent Inquiries on Credit Bureau Report
> ☐ Unable to Verify Employment
> ☐ Temporary or Irregular Employment
> ☐ Length of Employment
> ☐ Income Insufficient for Amount of Credit Requested
> ☐ Excessive Obligations in Relation to Income
> ☐ Unable to Verify Income
> ☐ Length of Residence
> ☐ Temporary Residence
> ☐ Unable to Verify Residence
> ☐ Lack of Cash Reserves
> ☐ Insufficient Funds to Close the Loan
> ☐ Value or Type of Collateral not Sufficient
> ☐ Unacceptable Property
> ☐ Insufficient Data -- Property
> ☐ Unacceptable Appraisal
> ☐ Unacceptable Leasehold Estate
> ☐ Application Withdrawn by Borrower
> ☐ We do not grant credit to any applicant on the terms and conditions you have requested.

*See* Amerisave Statement of Credit Denial dated October 5, 2012 (a copy of which is attached hereto as Exhibit 15).[6]

---

[6] Only a single page of this two-page credit denial was included in Amerisave's certified response to a subpoena requesting this and a variety of other materials. Fannie Mae, as the issuer of the subpoena, indicated it would follow up with Amerisave to correct this oversight. As such, Plaintiffs do not anticipate there being an evidentiary

14

**3.    The First International Bank & Trust Denial.**

54. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████.

55. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████.

56. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████.

57. Experian testified that the "4" rating means the account was 120 days past due. *See* Methvin Dep. 47:2-3.

58. █████████████████████████████████████
█████████████████████████████████████████.

59. Based on this "previous status" information, Fannie Mae's ██████ (and then expressly representing to First International Bank & Trust) that the Zabriskies' had a foreclosure:

> **3**  Desktop Underwriter has identified a deed-in-lieu of foreclosure that was reported within the last two years, or a foreclosure that was reported within the last seven years. This loan is ineligible for delivery to Fannie Mae.

| Borrower | Creditor | FC Type | Account Number | Date Reported |
|---|---|---|---|---|
| Richard Cary Zabriskie | PNCBANK | Foreclosure | ████████ | 09/12 |

████████████████████████████████████

---

challenge to introduction into evidence of the full copy of the document as produced by Plaintiffs as an exhibit to the Complaint.

60. ███████████████████████████████████████

**C. Fannie Mae Has Reaped ████████████████ Annually from its Desktop Underwriter System.**

61. Fannie Mae testified that it made █████████████████████████████████

62. ███████████████████████████████████████

63. ███████████████████████████████████████

DATED: October 13, 2015.                Respectfully Submitted,


                        */s/ Sylvia A. Goldsmith*
Sylvia A Goldsmith (*Pro Hac Vice*)
**GOLDSMITH & ASSOCIATES, LLC**
20545 Center Ridge Rd., Suite 120
Rocky River, OH 44116
Telephone: (440) 934-3025
Facsimile: (440) 934-3026
E-mail: goldsmith@goldsmithlawyers.com

Paul B. Mengedoth (018507)
**MENGEDOTH LAW PLLC**
20909 N. 90th Place, Suite 211
Scottsdale, AZ 85255
Tel: (480) 778-9100
Fax: (480) 778-9101
E-mail: paul@mengedothlaw.com


*Attorneys for Plaintiffs Richard
and Kristin Zabriskie*

17

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Statement of Facts in Support of Plaintiffs' Motion for Partial Summary Judgment* is being filed electronically with the United States District Court for the District of Arizona, on this 13th day of October, 2015.  Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

__/s/ Sylvia A. Goldsmith____
Sylvia A. Goldsmith, Esq.
**GOLDSMITH & ASSOCIATES, LLC**
Attorney for Plaintiffs