# EXHIBIT D

Gregory J. Marshall (ASB #019886)
Erica J. Stutman (#029664)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
gmarshall@swlaw.com
estutman@swlaw.com

Michael B. Miller (*pro hac vice*)
Joanna M. Zdanys (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900
mbmiller@mofo.com
jzdanys@mofo.com

Attorneys for Defendant Federal National Mortgage Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard and Kristin Zabriskie,<br><br>    Plaintiffs,<br><br>v.<br><br>Federal National Mortgage Association and Federal Housing Finance Agency as the Conservator of Federal National Mortgage Association,<br><br>    Defendants. | No. CV-13-02260-PHX-SRB<br><br>**DECLARATION OF MICHAEL B. MILLER IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, MICHAEL B. MILLER, declare and state:

1. I am an attorney admitted to practice before this Court *pro hac vice* and before the courts of the State of New York. I am a member of the law firm of Morrison & Foerster LLP, counsel for defendant Federal National Mortgage Association ("Fannie Mae") in the above-captioned action. I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Fannie Mae's Opposition to Plaintiffs' Motion for Summary Judgment.

2. Attached hereto as Exhibit D-1 is a true and correct copy of excerpts of the transcript of the deposition testimony of Cyndi Danko, dated July 17, 2015.

3. Attached hereto as Exhibit D-2 is a true and correct copy of excerpts of the transcript of the deposition testimony of Mary Methvin, dated May 22, 2015.

4. Attached hereto as Exhibit D-3 is a true and correct copy of an Experian administrative report regarding Plaintiff Richard Zabriskie, dated April 15, 2015, as produced by third party Experian Information Solutions, Inc. during the course of discovery, bearing Bates range EXP-ZABRISKIE-000829-000850 and used as Exhibit 2 to the Deposition of Mary Methvin, dated May 22, 2015.

5. Attached hereto as Exhibit D-4 is a true and correct copy of an Experian credit report concerning Plaintiff Richard Zabriskie, dated July 2, 2008, as produced by third party Experian Information Solutions, Inc. during the course of discovery, bearing Bates range EXP-ZABRISKIE-000015-34 and used as Exhibit 5 to the Deposition of Mary Methvin, dated May 22, 2015.

6. Attached hereto as Exhibit D-5 is a true and correct copy of a statement of credit denial by Amerisave that Plaintiffs' attached as an Exhibit to their Complaint, ECF No. 5-5.

EXECUTED on November 16, 2015 at New York, New York.

_____
Michael B. Miller

# EXHIBIT D1
# (Confidential - Filed under Seal)

# EXHIBIT D2
# (Confidential - Filed under Seal)

# EXHIBIT D3
# (Confidential - Filed under Seal)

# EXHIBIT D4
# (Confidential - Filed under Seal)

# EXHIBIT D5

## Statement of Credit Denial, Termination or Change

| Lender | Applicant | Date |
|---|---|---|
| Amerisave Mortgage Corporation<br>3350 Peachtree Road NE, Suite 1000<br>Atlanta, GA 30326 | Richard C & Kristin A Zabriskie | Oct 05, 2012<br>**Loan Number** |

"We" means Lender     "You" means Applicant

**Property Address:** 1026 N Portland Ave
Gilbert     AZ    85234

**Description of Account, Transaction or Requested Credit:** Residential Mortgage Loan

**Description of Action Taken:** _Credit Denial_. Please note that this information is NOT reported to the Credit Bureaus and will not be reflected on your Credit Report.

### Principal Reason(s) for Credit Denial, Termination or Other Action Taken Concerning Credit

- ☐ Credit Application Incomplete
- ☐ Insufficient Number of Credit References Provided
- ☐ Unacceptable Type of Credit References Provided
- ☐ Unable to Verify Credit References
- ☐ Limited Credit Experience
- ☐ Insufficient Credit Files
- ☐ No Credit File
- ☐ Poor Credit Performance with Us
- ☐ Delinquent Past or Present Credit Obligations with Others
- ☐ Unacceptable Payment Record on Previous Mortgage
- ☐ Collection Action or Judgment
- ☐ Garnishment or Attachment
- ☑ Foreclosure or Repossession
- ☐ Bankruptcy
- ☐ Number of Recent Inquiries on Credit Bureau Report
- ☐ Unable to Verify Employment
- ☐ Temporary or Irregular Employment
- ☐ Length of Employment
- ☐ Income Insufficient for Amount of Credit Requested
- ☐ Excessive Obligations in Relation to Income
- ☐ Unable to Verify Income
- ☐ Length of Residence
- ☐ Temporary Residence
- ☐ Unable to Verify Residence
- ☐ Lack of Cash Reserves
- ☐ Insufficient Funds to Close the Loan
- ☐ Value or Type of Collateral not Sufficient
- ☐ Unacceptable Property
- ☐ Insufficient Data – Property
- ☐ Unacceptable Appraisal
- ☐ Unacceptable Leasehold Estate
- ☐ Application Withdrawn by Borrower
- ☐ We do not grant credit to any applicant on the terms and conditions you have requested.

### Disclosure of Use of Information Obtained from an Outside Source

☑ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have a right under the *Fair Credit Reporting Act* to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

| Consumer Reporting Agency Name | Mailing Address | Telephone Toll-Free | Web Address |
|---|---|---|---|
| Corelogic Credco | 825 East Gate Blvd. Suite 310 Garden City, NY 11530 | (800) 435-5661 | www.credco.com |

☑ We also obtained your credit score from the consumer reporting agency and used it in making our credit decision.  Your credit score is a number that reflects the information in your consumer report.  Your credit score can change, depending on how the information in your consumer report changes.
- **Your credit score:**  708
- **Date:** Jun 14, 2012
- **Scores range from a low of**  696    **to a high of**  755    .
- **Key factors that adversely affected your credit score:**
    SERIOUS DELINQUENCY
    LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
    TOO MANY INQUIRIES LAST 12 MONTHS
    PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
    PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH
    TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
    LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED
    TOO MANY ACCOUNTS WITH BALANCES

If you have questions regarding your credit score, you should contact **Corelogic Credco** at their address and telephone number above.

☑ Our credit decision was based in whole or in part on an appraisal report conducted on your property.  A copy of this appraisal report has been provided to you separately.

☑ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the *Fair Credit Reporting Act*, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

| Questions |
|---|

If you have any questions regarding this notice, you should contact:
   Creditor's Name:  Amerisave Mortgage Corporation
   Address:  3350 Peachtree Road NE, Suite 1000, Atlanta, GA 30326
   Telephone:  (866) 970-7283

Notice.  The federal *Equal Credit Opportunity Act* prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the application has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the *Consumer Credit Protection Act*.  The federal agency that administers compliance with this law concerning this creditor is:

   Federal Trade Commission, 6th and Pennsylvania Avenue NW, Washington, DC 20580 (202) 326-2222

Case 1:13-cv-02006-RBD Document 1-2 Filed 11/06/13 Page 2 of 2