**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

<u>CV 13-02260-PHX-SRB</u>     DATE: <u>2-29-16</u>
Year    Case No.

HON: <u>SUSAN R. BOLTON</u>

<u>Richard Zabriskie, et al.</u>               v. <u>Federal National Mortgage Association</u>
Plaintiff(s)                                       Defendant(s)

Deputy Clerk: <u>Maureen Williams</u>    Court Reporter: <u>Liz Lemke</u>

<u>Sylvia Goldsmith and Paul Mengedoth</u>
Plaintiff(s) counsel

<u>Angela Kleine, Gregory Marshall, Michael Miller, Ben Patterson and Erica Stutman</u>
Defense counsel
===================================================================
**PROCEEDINGS**:   <u>X</u> Open Court   <u> </u> Chambers   <u> </u> SEALED

This is the time set for Final Pretrial Conference re: March 8, 2016 trial.

Pending motions in limine are argued to the Court, and the Court rules as follows:

- without opposition granting [Doc. 135] Plaintiffs' Motion in Limine #1 to Exclude Reference to Attorneys' Fees and Costs and Motion to Bifurcate Issue for Later Date.
- moot in part and taking under advisement in part [Doc. 137] Plaintiffs' Motion in Limine #3 to Exclude Testimony of Evan T. Barnett.
- denying [Doc. 140] Defendant's Motion in Limine #1 to Exclude Evidence of Defendant's Financial Condition.
- deeming as moot [Doc. 138] Plaintiffs' Motion in Limine #4 to Exclude Evidence re: Certain Proposed Exhibits That Have Not Properly Been Disclosed or That Are Otherwise Inadmissable.  Any exhibit to which there is an objection can be addressed at trial.
- to be ruled on at trial [Doc. 136] Plaintiffs' Motion in Limine #2 to Exclude Tri-Merge Credit Reports.

CV-13-02260-PHX-SRB
Zabriskie, et al., v. Federal National Mortgage Association
Page 2


-without opposition granting [Doc. 139] Plaintiffs' Motion in Limine #5 to Exclude Expert Opinion Testimony
of Fannie Mae Fact Witnesses.
-granting [Doc. 141] Defendant's Motion in Limine #2 to Exclude the Testimony of Stan V. Smith.  Mr. Smith will not be permitted to testify about the loss of enjoyment of life damages at trial.
- denying [Doc. 143] Defendant's Motion in Limine #4 to Exclude Testimony of Mary Methvin.
- denying [Doc. 144] Defendant's Motion in Limine #5 to Exclude Evidence of DU Findings Regarding Non-Parties.
- taking under advisement [Doc. 142] Defendant's Motion in Limine #3 to Exclude the Testimony of Evan D. Hendricks.

The Court advises counsel it cannot proceed to trial as scheduled in this matter due to being in trial in a lengthy criminal trial. IT IS ORDERED continuing Trial from March 8, 2016, to **April 12, 2016, at 9:00 a.m.**  The Court is currently scheduled for a civil trial on April 12, 2016, and will advise counsel if this matter can proceed to trial on April 12, 2016.  Counsel advise the Court the estimated trial length is 5 to 6 days and stipulate to a jury of 8.  Voir dire procedure is discussed.

At the request of counsel, any deletions/supplementation to the parties' proposed jury instructions, verdict forms and exhibits and objections to exhibits are to be submitted no later than **April 5, 2016.**

Possibility of settlement is discussed.

The Court adopts the parties' Joint Proposed Pretrial Order.


Hearing length:  ___1 hour and 45 minutes___