**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL TRIAL MINUTES**

Phoenix Division

HON: SUSAN R. BOLTON

CV 13-02260-PHX-SRB   DATE: 8-25-16

Richard Zabriskie, et al.   v.  Federal National Mortgage Association
Plaintiff(s)                       Defendant(s)

Deputy Clerk: Maureen Williams   Court Reporter: Liz Lemke [a.m.] / Linda Schroeder [p.m.]

Sylvia Goldsmith and Paul Mengedoth with Plaintiffs Richard Zabriskie and Kristin Zabriskie
Plaintiff(s) counsel

Gregory Marshall, Angela Kleine, Michael Miller and paralegal Tom Beyer with Defense representative Marcus Meeks
Defense counsel 9:00 a.m.

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #   3         Waiver of Jury trial filed   n/a

9:04 a.m.  Reconvene. Jury is present. Exhibits 12 through15, 18 through 26 and 28 through 30 are admitted. **Plaintiffs' case [continued]:** Portions of the deposition of Cyndi Danko are read. Portions of the deposition of Judith Landis are read. Evan Hendricks is sworn and examined. 10:28 a.m. Recess.

10:49 a.m. Reconvene. Jury is present. Evan Hendricks is examined further. Exhibits 35, 31 and 36 are admitted. 11:58 a.m. Recess.

1:18 p.m. Reconvene. Jury is present. Evan Hendricks is examined further. Witness is excused, subject to recall. Richard Cary Zabriskie is sworn and examined. Exhibits 9-3 and 190 are admitted. 2:35 p.m. Jury is excused from the courtroom, and court remains in session. Plaintiffs' counsel's offer of proof regarding Evan Hendricks is discussed. Defense counsel accepts Plaintiffs' counsel's proffer without Evan Hendricks re-taking the stand for further examination. Trial witnesses and trial schedule are discussed. 2:45 p.m. Recess.

CV 13-02260-PHX-SRB
Zabriskie, et al. v. Federal National Mortgage Association
Page 2


2:55 p.m.  Reconvene.  Jury is present.  The jury is advised that they are excused until 9:00 a.m., August 30, 2016.  2:58 p.m.  Jury leaves the courtroom, and court remains in session.  Final jury instructions are discussed.

4:00 p.m. Court stands at recess until 9:00 a.m., August 30, 2016.