# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL TRIAL MINUTES

Phoenix Division

HON: SUSAN R. BOLTON

CV 13-02260-PHX-SRB    DATE: 8-31-16

Richard Zabriskie, et al.          v.  Federal National Mortgage Association
Plaintiff(s)                            Defendant(s)

Deputy Clerk: Maureen Williams    Court Reporter: Liz Lemke [a.m.] / Linda Schroeder [p.m.]

Sylvia Goldsmith and Paul Mengedoth with Plaintiffs Richard Zabriskie and Kristin Zabriskie
Plaintiff(s) counsel

Gregory Marshall, Angela Kleine, Michael Miller and paralegal Tom Beyer with Defense representative Marcus Meeks
Defense counsel

**PROCEEDINGS:/ X /JURY TRIAL  /_/COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #   5       Waiver of Jury trial filed    n/a

8:50 a.m. Reconvene. Jury is not present. Defendant's oral Rule 50 Motion for Directed Verdict is argued to the Court and said motion is denied. 9:01 a.m. Jury is present. **Defendants' case [continued]:** Cyndi Danko is examined further. Exhibits 40-8, 40-12, 40-13, 47 [previously Plaintiffs' Impeachment Exhibit H] and 40-22 are admitted. 10:15 a.m. Recess.

10:33 a.m. Reconvene. Jury is present. Cyndi Danko is examined further. Exhibit 149 is admitted. Witness is excused. Defense rests, subject to an offer of proof and request for admission of exhibits. Plaintiffs' counsel advises the Court the Plaintiffs do not have any rebuttal evidence. Sidebar held. 11:37 a.m. Jury is excused until 1:30 p.m., and court stands at recess.

11:39 a.m. Reconvene. Jury and Plaintiffs are not present. Final jury instructions are discussed further. Plaintiffs' Rule 60 Motion for Relief re: Punitive Damages [Doc. 185] is argued to the Court and said motion is denied. Defense counsel's offer of proof regarding Cyndi Danko is discussed. Plaintiffs' counsel accepts Defense counsel's proffer without Cyndi Danko re-taking the stand for further examination. 11:54 a.m. Recess.

1:13 p.m. Reconvene. Jury is not present. Defense counsel's request for admission of exhibits is argued to the Court. The Court rules as follows: Exhibits 144A, 145, 152A, 153, 155A, 156, 158A, 159 and 167A are admitted. The Court refuses the request to admit the following exhibits: 141A, 142A, 145A, 147A, 149A, 153A, 156A and 159A. 1:29 p.m. Recess.

CV 13-02260-PHX-SRB
Zabriskie, et al. v. Federal National Mortgage Association
Page 2


1:35 p.m.  Reconvene. Jury is present. The Court reads the final jury instructions. Closing arguments. 2:44 p.m. Recess.

3:01 p.m.  Reconvene. Jury is present. Closing arguments continue. Bailiffs are sworn to take charge of the jury. 3:50 p.m. Jury leaves the courtroom to commence deliberations, and court remains in session. Counsel confirm with the Court that they have reviewed and approved the admitted electronic exhibits that will be provided to the jury for deliberations. Matters discussed.

3:55 p.m.  Court stands at recess.

4:04 p.m.  Jury foreperson advises the Court that the jury will return at 9:00 a.m., September 1, 2016, to continue deliberations.