FILED ___ LODGED
___ RECEIVED ___ COPY

SEP - 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Zabriskie, et al., ) | CV 13-02260-PHX-SRB |
| Plaintiffs, ) | |
| vs. ) | Verdict |
| ) | [Redacted] |
| Federal National Mortgage Association, ) | |
| Defendant. ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Zabriskie, et al., <br>     Plaintiffs, <br> vs. <br> Federal National Mortgage Association, <br>     Defendant. | No. CV 13-02260-PHX-SRB <br><br> **VERDICT** |

    **X** We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiffs Richard Zabriskie and Kristin Zabriskie and find the full amount of damages to be $ 30,000.

<strong><u>OR</u></strong>

    ___ We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do find in favor of Defendant Federal National Mortgage Association.

_Juror #5_          9/1/2016
(Presiding Juror)          (Date)