# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Zabriskie, et al., | No. CV-13-02260-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Federal National Mortgage Association, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion to Modify Judgment on Taxation of Costs and Defendant's Response.

IT IS ORDERED granting Plaintiff's Motion to Modify Judgment on Taxation of Costs. (doc. 225)

IT IS FURTHER ORDERED that Judgment on Taxation of Costs should be entered in the total amount of $8,894.11.

IT IS FURTHER ORDERED directing the Clerk to amend the Judgment on Taxation of Costs to reflect the total amount of $8,894.11.

Dated this 17th day of November, 2016.

_____
Susan R. Bolton
United States District Judge